IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES PAUL KASHUBA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv642-MHT |
| | ) | (WO) |
| CORIZON OPERATIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that he was denied adequate medical care and was not allowed to participate in work-release programs. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the defendant Department of Corrections employees' motion for summary judgment be granted, and that the defendant medical providers' motion to dismiss plaintiff's claims be granted for failure to exhaust administrative remedies and those claims dismissed without prejudice. There

are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted to extent that all claims will be simply dismissed without prejudice.

An appropriate judgment will be entered.

DONE, this the 8th day of May, 2017.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**