IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES PAUL KASHUBA,           )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )       2:14cv642-MHT
                              )           (WO)
CORIZON OPERATIONS,           )
et al.,                       )
                              )
    Defendants.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 47) is adopted.

(2) This lawsuit is dismissed without prejudice and with no costs taxed. All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of May, 2017.

                                          /s/ Myron H. Thompson  
                                        **UNITED STATES DISTRICT JUDGE**